UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MOHAMMAD OMAR, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 4:14-cv-0985-MHH-SGC |
| SCOTT HASSELL, et al., | ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

On June 16, 2014, the magistrate judge ordered petitioner Mohammad Omar to show cause why his petition for writ of habeas corpus should not be dismissed for lack of jurisdiction or, alternatively, for want of prosecution. (Doc. 3). As was the case with previous mail from the Court, the copy of the Order to Show Cause mailed to Petitioner was returned as undeliverable. (*See* June 25, 2014 Docket Entry). As noted in the Order to Show Cause, it appears Petitioner was detained in Louisiana when he filed his petition. (Doc. 1 at 1-2; Doc. 3 at 2). Additionally, a search of ICE's online detainee locator service sheds no light on Petitioner's whereabouts, merely reporting: "Detainee Not Found." *See* generally Doc. 5, p. 2. Accordingly, this Court lacks jurisdiction over this matter. *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004) (generally, "jurisdiction lies in only one district: the district of confinement"); *Garcia v. Warden*, 470 Fed. App'x 735, 736 (11th Cir. 2012) ("jurisdiction for § 2241 petitions lies only in the district of confinement").

In the alternative, the Court finds this matter should be dismissed for want of prosecution. Mr. Omar filed this action on May 27, 2014. (Doc. 1). He has taken no action since then. He has not complied with the Court's show cause order. (Doc. 3). Therefore, the Court dismisses the action.

A separate order will be entered.

**DONE** and **ORDERED** this August 25, 2014.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE